IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MICHAEL JOHNSON, <br> Defendant. | CRIMINAL FILE NO. <br> 1:11-CR-255-9-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 838] of the Magistrate Judge recommending dismissing the Defendant's pro se Motion to Vacate Sentence [Doc. 837]. Because this is a second or successive Motion to Vacate Sentence, the Defendant must obtain the permission of the Court of Appeals in order to file it. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be granted.

SO ORDERED, this 21 day of January, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\11\11cr255-9\r&r.docx